# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

| | 100 EAST FIFTH STREET, ROOM 540 | |
|---|---|---|
| Deborah S. Hunt | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed:  September 25, 2020

### <u>RE-SCHEDULED for Video Argument at 1:30 p.m. (Eastern Time) on Thursday, October 22, 2020</u>

Ms. Margaret Moore
Office of the Attorney General of Ohio
150 E. Gay Street, 16th Floor
Columbus, OH 43215

Mr. David P. Williamson
Bieser, Greer & Landis
Six N. Main Street, Suite 400
Dayton, OH 45402

Re:      No. 18-3955, *Gary Hughbanks v. Stuart Hudson*

Dear Counsel,

   Your case has been **<u>re-scheduled</u>** for argument by video conference call at **1:30 p.m. (Eastern Time) on Thursday, October 22, 2020.**   You must be available for argument from 1:00 p.m. - 4:00 p.m.  <u>The time allotted for argument is limited to 30 minutes per side</u>, unless expanded by the Court.

   **If you are the attorney who will argue this case, download the Argument Acknowledgment form from the website and file it electronically with the Clerk's office by October 2, 2020,** ***<u>even if one has previously filed an Argument Acknowledgment form</u>***.

   More detailed instructions with respect to participating by video will be forthcoming.  If you have any questions, please contact the Clerk's Office for assistance.

Sincerely yours,

s/Leon T. Korotko
Calendar Deputy

cc: Ms. Brenda Stacie Leikala
    Mr. Dennis Lyle Sipe
    Mr. Charles L. Wille